FILED: August 27, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2171
(3:12-cv-00131-HEH)

_____

COOK, HEYWARD, LEE, HOPPER & FEEHAN, P.C., a Virginia Professional Corporation; DAVID D. HOPPER, Individually,

    Plaintiffs – Appellants,

v.

TRUMP VIRGINIA ACQUISITIONS, LLC; TRUMP VINEYARD ESTATES, LLC; THE TRUMP ORGANIZATION, INC.; JASON GREENBLATT, Individually,

    Defendants – Appellees.

_____

O R D E R

_____

The parties are directed to file simultaneous supplemental briefs, not to exceed ten pages, addressing whether, in light of this court's decision in <u>Waugh Chapel South, LLC v. United Food & Commercial Workers Union Local 27</u>, No. 12-1429, slip op. at 8-11 (4th Cir. Aug. 26, 2013), appellate jurisdiction exists over the district court's order entered May 23, 2102, duly referenced in appellants' notice

of appeal filed September 24, 2012.

Each party shall file its supplemental brief no later than September 10, 2013, at 12:00 noon.

                        For the Court

                        /s/ Patricia S. Connor, Clerk